IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TPN PROPERTIES, LLC,

     Plaintiff,

v.

HOME-OWNERS INSURANCE
COMPANY,

     Defendant.

Civil Action
File No. 1:21-cv-00693-AT

## JOINT NOTICE RESPECTING SETTLEMENT

**COMES NOW** HOME-OWNERS INSURANCE COMPANY, Defendant in the above-styled matter, jointly with the Plaintiff, and hereby advises and notifies the Court that the parties have reached a settlement regarding this litigation.

The parties represent to the Court that they are working diligently to finalize the settlement of this litigation. Upon the settlement being finalized, Plaintiff will move for a dismissal of this action with prejudice per the Federal Rules of Civil Procedure.

This 27th day of October, 2023.

KENDALL | MANDELL, LLC      CLARK LAW FIRM, PC

/s/ Michael C. Kendall, II
Michael C. Kendall
Georgia Bar No. 414030
Michael C. Kendall, II
Georgia Bar No. 510402
3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone:   (770) 577-3559
Facsimile:   (770) 577-8113
mckendall@kendallmandell.com
michaelkendall@kendallmandell.com
*Counsel for Defendant*

/s/ John W. Clark, IV
John W. Clark, IV
*Admitted Pro Hac Vice*
*(Signed with express permission by*
*Michael C. Kendall, II)*
300 Office Park Drive, Suite 175
Birmingham, Alabama 35223
Telephone:  (205) 506-0075
Facsimile:   (205) 790-0076
jclark@clarklawfirm.com
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TPN PROPERTIES, LLC,

    Plaintiff,

v.

HOME-OWNERS INSURANCE
COMPANY,

    Defendant.

Civil Action
File No.: 1:21-cv-00693-AT

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served or caused to be served a copy of

the within and foregoing **JOINT NOTICE RESPECTING SETTLEMENT** in this

matter by electronically filing the same with the Court via the CM/ECF system to

the following counsel of record:

Stephen V. Kern, Esq.
C. Joseph Hoffman, Esq.
KITCHENS KELLEY GAYNES, P.C.
Glenridge Highlands One, Suite 800
5555 Glenridge Connector
Atlanta, Georgia 30342

John W. Clark, IV, Esq.
CLARK LAW FIRM, PC
The Landmark Center, Suite 600
2100 First Avenue North
Birmingham, Alabama 35203

This 27th day of October, 2023.

/s/ Michael C. Kendall, II
Michael C. Kendall, II